FILED

UNITED STATES DISTRICT COURT 2019 MAR 13 PM 1:17
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 6:19-cr-49-Orl-31TBS

18 U.S.C. § 1001

SEONGCHAN YUN
a/k/a "Steven Yun"

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Concealing a Material Fact)**

Beginning on or about July 23, 2014, continuing until on or about August 28, 2014, in the Middle District of Florida, and elsewhere, the defendant,

**SEONGCHAN YUN
a/k/a "Steven Yun"**

being aided and abetted by others both known and unknown to the Grand Jury, did knowingly and willfully falsify, conceal, and cover up by trick, scheme, and device a material fact in a matter within the jurisdiction of the executive branch of the government of the United States, that is the National Aeronautics and Space Administration (NASA), by concealing and covering up the foreign origin of stainless steel tubes provided to NASA through a

NASA contractor in relation to NASA contracts NNK14EA54P and NNK14MA47P.

In violation of 18 U.S.C. § 1001(a)(1) and 18 U.S.C. § 2.

## COUNT TWO
### (False Documents)

On or about August 28, 2014, in the Middle District of Florida and elsewhere, the defendant,

**SEONGCHAN YUN**
**a/k/a "Steven Yun"**

aided and abetted by others both known and unknown to the Grand Jury, did knowingly and willfully make and use a false writing and document, knowing the same to contain materially false, fictitious, and fraudulent statements and entries, in a matter within the jurisdiction of the executive branch of the Government of the United States, that is the National Aeronautics and Space Administration (NASA), by providing a false Certificate of Conformity stating that materials provided by YUN to NASA through a NASA contractor conformed with all contract requirements, YUN then and there well knowing that the foreign-made stainless steel tubes provided by YUN to NASA as part of the aforementioned contract did not comply with the contractual requirement that all materials originate in the United States.

In violation of 18 U.S.C. § 1001(a)(3) and 18 U.S.C. § 2.

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Vincent S. Chiu
Assistant United States Attorney

By: _____
Roger B. Handberg, III
Assistant United States Attorney
Chief, Orlando Division

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

SEONGCHAN YUN
a/k/a "Steven Yun"

**INDICTMENT**

Violation: 18 U.S.C. § 1001

A true bill,

_____ [signature] _____
Foreperson

Filed in open court this 13th day
of March, 2019.      [signature]

_____ [signature] _____
Clerk

Bail   $_____